IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROL BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cv-704-TFM |
| | ) | [wo] |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendant's *Motion for Entry of Judgment with Remand to Defendant* and Brief in Support (Docs. 27-28, filed 4/4/17). The motion requests remand pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, it is hereby ORDERED that the motion to remand (Doc. 27) is GRANTED. It is further ORDERED and ADJUDGED that the decision of the Commissioner is hereby REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the motion and this opinion.

On remand, the Administrative Law Judge (ALJ) shall consider the following: the Commissioner will evaluate Plaintiff's mental impairment in accordance with the special technique described in 20 C.F.R. § 404.1520a and §416.920a, document application of the technique in the decision; and provide specific findings and appropriate rationale for each functional area described in 20 CFR §404.1520a(c) and §416.920a(c). The Commissioner will further evaluate Plaintiff's residual functional capacity; if necessary, obtain vocational expert testimony in determining the effects of any significant non-exertional limitations; take any further action as necessary to complete the administrative record; and issue a new determination

and decision.

At the hearing on March 29, 2017, the Court learned that Plaintiff is currently represented in a separate disability claim by either an attorney or a representative. The Court has no additional information on the status of those administrative proceedings. As such, the Court DIRECTS the Commissioner to provide a copy of this order to Plaintiff's representative in the second claim/proceedings. Further, the Commissioner should evaluate whether the claims should be consolidated for efficiency in further proceedings or remain separate.

A separate judgment shall be entered.

DONE this 11th day of April, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE