IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL BALDWIN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-cv-704-TFM |
| | ) [wo] |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is ORDERED and ADJUDGED that the decision of the Commissioner is hereby REVERSED and this case is REMANDED to the Commissioner for further consideration and proceedings consistent with the memorandum opinion entered herewith.

DONE this 11th day of April, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE